W. R. STOKELY, ELIZABETH WAY, OBE P. GOODE, individually, and as Clerk of the Circuit Court, St. Johns County, Florida, E. E. BOYCE, Sheriff of St. Johns County, Florida, as Administrator of the Estate of Hattie N. Stokely, EDNA STOKELY SHEPHERD, joined by her husband, LEWIS SHEPHERD, JR., and HARRY M. STOKELY, *Appellants*, v. E. A. SEGUI, *Appellee*.

Division B.

Decision filed October 23, 1929.

*Charles A. Powers*, for Appellants;

*David R. Dunham*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

ON PETITION FOR REHEARING.

Opinion filed February 8, 1930.

PER CURIAM.—The evidence is legally sufficient to support the findings of fact made by the master and the chancellor. The record shows the title to the land was in

Harry M. Stokely when he conveyed it to E. A. Segui, who alleged that he was the owner in fee simple and was seized and possessed of the land when suit was brought, and adduced muniments of title and evidence in support of the allegation, there being no convincing evidence that the land was adversely possessed when it was conveyed by Harry M. Stokely to E. A. Segui.

Rehearing denied.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.